UNITED STATES of America,
Plaintiff–Appellee,

v.

Horacio Majarrez SANCHEZ, also
known as Horacio Manjarrez–San-
chez, also known as Horoacio Sanchez
Manjarrez, also known as Horacio
Manjarrez Sanchez, also known as
Valente Delacruz, Defendant–Appel-
lant.

No. 12–20813
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2013.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Michael Lance Herman, Assistant
Federal Public Defender, Federal Public
Defender's Office, Houston, TX, for Defen-
dant–Appellant.

Horacio Majarrez Sanchez, pro se.

Before HIGGINBOTHAM, SMITH, and
GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Horacio Majarrez Sanchez
has moved for leave to withdraw and has
filed a brief in accordance with *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396,
18 L.Ed.2d 493 (1967), and *United States
v. Flores*, 632 F.3d 229 (5th Cir.2011).
Majarrez Sanchez has not filed a re-
sponse. We have reviewed counsel's
brief and the relevant portions of the rec-
ord reflected therein. We concur with
counsel's assessment that the appeal
presents no nonfrivolous issue for appel-
late review. Accordingly, counsel's mo-
tion for leave to withdraw is GRANTED,
counsel is excused from further responsi-
bilities herein, and the APPEAL IS DIS-
MISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.